

Southeast Case Management Center
John Bishop
Vice President
2200 Century Parkway, Suite 300
Atlanta, GA 30345
Telephone: (404) 325-0101
Fax: (877) 395-1388

February 23, 2017

John Scialdone, Esq.
Scialdone Law Firm, PLLC
2505 14th Street
Suite 500
Gulfport, MS 39501
Via Email to: jscialdone@slfirmus.com

James N. Hurley, Esq.
Fowler White Burnett, PA
1395 Brickell Avenue
14th Floor
Miami, FL 33131-3302
Via Email to: jhurley@fowler-white.com

Case Number: 01-16-0002-1463

Sterling Equipment, Inc.
-vs-
St. Johns Ship Building, Inc.

Dear Parties:

The AAA has appointed Richard A. Volkin, Robert S. Glenn, Jr., Esq and Frank M. Denton as panel arbitrators. Enclosed please find the arbitrators' duly executed Notices of Appointment and Notices of Compensation Arrangements.

Robert S Glenn Jr. Esq. has made the enclosed disclosures.

Please advise the AAA of any objections to the appointment of Robert S Glenn Jr. Esq by March 2, 2017, copying the other parties. The arbitrators should not be copied on any comments related to the disclosure. As requested by the arbitrators, if either party or their counsel knows of any contact or conflict that may be relevant, they are to communicate this information to the AAA by the deadline noted above. The parties are directed to the rules on Disclosure and Disqualification of Arbitrator for additional information.

If filing an objection, please review the AAA Administrative Review Council (ARC) Review Standards at the following link: www.adr.org/arc.

If any objections to the arbitrators' appointments are raised, the other party will be provided an opportunity to respond. The AAA will make a determination regarding the arbitrators' continued service in accordance with the Rules.



EXHIBIT 3

Sincerely,

//s/ Paris Wilkerson


Paris N Wilkerson
Manager of ADR Services
Direct Dial: (404) 320-5133
Email: WilkersonP@adr.org
Fax: (877) 395-1388


Enclosure.

Richard A. Volkin
Robert S. Glenn, Jr., Esq.
Frank M. Denton