## AMERICAN ARBITRATION ASSOCIATION
### Construction Arbitration Tribunal

Sterling Equipment, Inc.,

    Claimant

v.                                         Case 01-16-0002-1463

St. John's Ship Building, Inc.,

    Respondent

### FINAL AWARD

We, the Undersigned Arbitrators, having been designated in accordance with the arbitration agreement entered into by the above-named Parties, and having been duly sworn, and having duly heard the proofs and allegations of the Parties, Claimant being represented by John Scialdone Esq. with Scialdone Law Firm PLLC and Respondent being represented by Mathew Valcourt Esq. with Valcourt and Associates LLC and having previously rendered an Interim Award dated January 6, 2018, do hereby FIND and AWARD as follows:

The Panel issued its Interim Award in the captioned matter and invited Sterling to submit its claim for attorney's fees and costs, with leave for St. John's to file a reply. Those submittals have been received and reviewed by the Panel and the Panel has conferred.

Sterling has requested the amount of $128,956.50 as attorney's fees and $21,264.69 in expenses. The contract at issue provided that attorney's fees and expenses should be awarded to the prevailing party. Because Sterling was not the prevailing party with respect to all of the claims made against St. John's, the Panel awards Sterling the sum of $98,567.59. This sum is inclusive of expenses.



EXHIBIT 5

The administrative fees and expenses of the American Arbitration Association (AAA) totaling $16,900.00 are to be borne $5,577.00 by Sterling Equipment, Inc. and $11,323.00 by St. Johns Ship Building, Inc. The compensation and expenses of Arbitrators totaling $46,322.01 are to be borne $15,286.26 by Sterling Equipment, Inc. and $31,035.75 by St. Johns Ship Building, Inc. Therefore, St. Johns Ship Building, Inc. has to reimburse Sterling Equipment, Inc., an additional amount of $19,197.75 representing that portion of said fees and expenses in excess of the apportioned costs previously incurred by Claimant.

When the award of fees and costs set forth above is added to the Interim Award, the total becomes $443,799.34, which is the Final Award in this matter.

This Award is in full settlement of all claims submitted to this Arbitration. All claims not expressly granted herein are hereby denied.

This 9th day of February, 2018.

_____
Frank M. Denton

_____
Richard A. Volkin

_____
Robert S. Glenn, Jr.