IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO. 3:18-cv-504-J-34MCR

IN THE MATTER OF THE ARBITRATION BETWEEN,

STERLING EQUIPMENT, INC.,
PETITIONER,

AND

ST. JOHNS SHIP BUILDING, INC.,
RESPONDENT.

## PLAINTIFF'S, STERLING EQUIPMENT, INC., MOTION FOR JOHN A. SCIALDONE, ESQ., AND DAVID N. HARRIS, ESQ., TO APPEAR *PRO HAC VICE*, DESIGNATION AND CONSENT TO ACT, AND SPECIAL ADMISSION ATTORNEY CERTIFICATION

Plaintiff, Sterling Equipment, Inc. ("Sterling"), through undersigned counsel, pursuant to Local Rule 2.02, Local Rules for the United States District Court for the Middle District of Florida, respectfully moves for the special admission, *pro hac vice*, of John A. Scialdone, Esq. and David N. Harris, Esq., of the Scialdone Law Firm, PLLC, 1319 24th Avenue (39501), P.O. Box 4080, Gulfport, MS 39502, as co-counsel on behalf of Sterling Equipment in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit John A. Scialdone, Esq., and David N. Harris, Esq., to receive electronic filings in this case, as follows:

1. John A. Scialdone, Esq. ("Mr. Scialdone") and David N. Harris, Esq. ("Mr. Harris") are not admitted to practice in the Middle District of Florida.

2. Mr. Scialdone is a member in good standing of the Mississippi Bar and is admitted to practice before the courts of the State of Mississippi, the State of Louisiana, the United States District Court for the Southern District of Mississippi, and the Supreme Court of Mississippi.

3. Mr. Harris is a member of good standing of the Mississippi Bar and is admitted to practice before the courts of the State of Mississippi.

CASE NO. _____

4. Mr. Scialdone and Mr. Harris do not make frequent or regular appearances in the Middle District to such a degree as to constitute the maintenance of a regular practice of law in the State of Florida.

5. Mr. Scialdone and Mr. Harris are familiar with, and will be governed by, the Local Rules for the United States District Court for the Southern District of Florida, including Rule 2.04.

6. Mr. Scialdone and Mr. Harris are familiar with and will be governed by, the Code of Professional Responsibility and the other ethical limitations or requirements governing the professional behavior of members of The Florida Bar.

7. Mr. Scialdone designates Cary A. Lubetsky, Esq., of the law firm of Krinzman, Huss & Lubetsky, LLP, 800 Brickell Avenue, Suite 1501, Miami, Florida 33131, as the lawyer and law firm upon whom all notices and papers may be served and who will be responsible for the progress of the case.

8. Mr. Lubetsky is a member in good standing of the Florida Bar and the United States Court for the Middle District of Florida, maintains an office in this state for the practice of law, and is authorized to file through the Court's electronic filing system.

9. Through his signature affixed below, Mr. Lubetsky consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. *See* 2B of the CM/ECF Administrative Procedures.

10. Pursuant to Rule 2.02(a), Local Rules, United States District Court for the Middle District of Florida, Mr. Scialdone and Mr. Harris certify that they have complied with the fee and

CASE NO. _____

email registration requirements of Rule 2.01(d), Local Rules, United States District Court for the Middle District of Florida.

11. John A. Scialdone, Esq., by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to John A. Scialdone, Esq., at e-mail address: Jscialdone@slfirmus.com.

12. David N. Harris, Esq., by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to John A. Scialdone, Esq., at e-mail address: dharris@slfirmus.com.

WHEREFORE, Plaintiff, Sterling Equipment, Inc., moves this Court to enter an Order authorizing John A. Scialdone, Esq. and David N. Harris, Esq., to appear before this Court on Plaintiff's behalf for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to John A. Scialdone, Esq.

<b><u>CERTIFICATE OF SERVICE</u></b>

I HEREBY CERTIFY that on the ___17th___ day of April, 2018, a copy of the foregoing was sent via overnight delivery to the United States District Court for the Middle District of Florida, Jacksonville Division, located at the Bryan Simpson United States Courthouse, 300 North Hogan Street, Jacksonville, Florida 32202.

CASE NO. _____

Respectfully submitted,

_____
Cary A. Lubetsky, Esquire
Florida Bar No. 961360
George N. Andrews, Esquire
Florida Bar No. 15885
KRINZMAN HUSS LUBETSKY
800 Brickell Avenue, Suite 1501
Miami, Florida 33131
Telephone:(305) 854-9700
Facsimile: (305) 854-0508
E-mail:    cal@khllaw.com
           gna@khllaw.com

CASE NO. _____

## SERVICE LIST

**John A. Scialdone, Esq.**
*(pro hac vice pending)*
**David N. Harris, Esq.**
*(pro hac vice pending)*
Scialdone Law Firm, PLLC
1319 24th Avenue (39501)
P.O. Box 4080
Gulfport, MS 39502
Jscialdone@slfirmus.com
dharris@slfirmus.com
*Co-Counsel for Plaintiff*