**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

STERLING EQUIPMENT, INC.,

    Petitioner,

vs.                                            Case No. 3:18-cv-504-J-34MCR

ST. JOHNS SHIP BUILDING, INC.,

    Respondent.
_____/

## ORDER

**THIS CAUSE** is before the Court on the Report and Recommendation (Dkt. No. 16; Report), entered by the Honorable Monte C. Richardson, United States Magistrate Judge, on February 1, 2019. In the Report, Judge Richardson recommends that Petitioner's Motion for Default Judgment and Confirmation of Arbitration Award (Dkt.. No. 13; Motion) be granted, in part, and denied, in part. See Report at 14. No objections to the Report have been filed, and the time for doing so has now passed.

The Court "may accept, reject, or modify, in whole or in part, the finding or recommendations by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at *1 (M.D. Fla. May 14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge. Accordingly, it is hereby

**ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Dkt. No. 16) is **ADOPTED** as the opinion of the Court.

2. Petitioner's Motion for Default Judgment and Confirmation of Arbitration Award (Dkt. No. 13) is **GRANTED, in part, and DENIED, in part**.

3. The Motion is **GRANTED** to the extent that the Clerk of the Court is directed to enter judgment in favor of Petitioner and against Respondent in the following amounts:

    a. Damages awarded in the Final Award: $443,799.34;

    b. Attorney's fees and costs incurred in bringing this action; $7,872.50; and

    c. Post-judgment interest at the rate prescribed by 28 U.S.C. § 1961.

4. Otherwise, the Motion is **DENIED**.

5. The Clerk of Court is directed to terminate all pending motions and deadlines as moot and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 19th day of February, 2019.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record