UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
IN ADMIRALTY

CASE NO: 3:18-cv-00504-MMH

Petitioner,

vs.

St. Johns Ship Building, Inc.

Respondent.
_____/

**SATISFACTION OF JUDGMENT**

COMES NOW Petitioner Sterling Equipment Inc. and hereby states that The Judgment entered in this case entered on February 21, 2019 has been satisfied by St Johns Ship Building Inc. and is to be discharged.

_____
Sterling Equipment Inc.

By _Benjamin N. Spruill_

As its _Attorney_

Respectfully submitted this 26th day of May, 2022,

By: */s/ Gino J. Butto*
**F. David Famulari, Esq.**
Fla. Bar. No.: 0860506
dfamulari@NauticalLawyers.com
**Gino J. Buttó, Esq.**
Fla. Bar No.: 98462
gbutto@NauticalLawyers.com
FAMULARI & BUTTO, PLLC
2332 Galiano Street 2nd Floor
Coral Gables, FL 33134
Phone: (305) 728-7074
*Co-counsel for Respondent*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 26, 2022, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ *Gino J. Buttó*
**Gino J. Buttó, Esq.**
Fla. Bar No.: 98462
Bar No.: 98462